Jack Russo (Cal. Bar No. 96068)
Christopher Sargent (Cal. Bar No. 246285)
COMPUTERLAW GROUP LLP
401 Florence Street
Palo Alto, CA 94301
(650) 327-9800
(650) 618-1863 fax
jrusso@computerlaw.com
csargent@computerlaw.com

Attorneys for Plaintiff
BEN CHANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**Ben Chang**, an individual,

    Plaintiff,

v.

**Biosuccess Biotech, Co., Ltd.,** a Cayman Islands corporation, and **Biosuccess Biotech, Co., Ltd.,** a Nevada corporation; **Chi-Ming Wu a/k/a Fred Wu**, an individual; and **Zheng Tao Han**, an individual;

    Defendants.

Case No. 5:14-CV-00425-LHK

**DECLARATION OF BORIS LUBARSKY IN SUPPORT OF PLAINTIFF'S MOTION TO REMAND**

Date: June 5, 2014
Time: 1:30 PM
Judge: Hon. Lucy H. Koh
Courtroom: 8

I declare, under penalty of perjury, that the following is true and correct:

1. My name is Boris Lubarksy and I am employed as a paralegal at the law firm Computerlaw Group LLP. I have personal knowledge of the matters set forth ehreing and I make the statements herein based on my personal knowledge, except where set forth on information and belief, which statements I believe to be true, and I could and would competently testify to the same if called as a witness.

2. On December 11, 2013 I visited the offices of Biosuccess Biotech, Co., Ltd. ("Bisouccess") located at 3333 Bowers St. Santa Clara, California. That is the address listed in the Yellow Pages for Biosuccess Biotech. The location is a medium-sized office complex with several buildings sharing a parking lot.

3. The building I entered had a building directory in the central indoor atrium listing roughly 100 different companies, including a placard for Biosuccess. Biosuccess Biotech was listed on the directory in alphabetical order with its office in Suite 201. Attached as **Exhibits 1** and **2** are photographs I took of the building directory and the Biosuccess placard, respectively.

4. Biosuccess also had its company name and logo on a placard on the door to Suite 201. **Exhibits 3** and **4** are photographs I took of the Biosuccess door placard.

5. When I knocked on the door, an Asian answered the door and identified herself as Jenny Yen. On the Biosuccess website Ms. Yen is listed as Administrative/Project Manager (http://www.biosuccessbiotech.com/about-us/leadership-team/). She confirmed that it was the Biosuccess office and that Zheng Tao Han worked there on occasion.

I declare under penalty of perjury that the foregoing are true and correct of my personal knowledge and that this Declaration was entered into on this 7th day of February, 2014, in Palo Alto, California.

_____
Boris Lubarksy

Declaration of Boris Lubarsky                                    1                                    Case No. 5:14-CV-00425