# UNITED STATES DISTRICT COURT

**Northern District of California**

| | |
|---|---|
| Chang, | 14-00425 LHK |
| Plaintiff(s), | **NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |
| v. | |
| Biosuccess Biotech, Co. Ltd., | |
| Defendant(s). | |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order. Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter. Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)). (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment to an e-mail directed to adr@cand.uscourts.gov.

It is the responsibility of counsel to schedule an ADR Phone Conference, if required, to occur <u>before</u> the Case Management Conference.

Dated: May 21, 2014

RICHARD W. WIEKING
Clerk
by:    Timothy J. Smagacz

*Timothy Smagacz*
_____
ADR Program Administrator
415-522-4205
Tim_Smagacz@cand.uscourts.gov

**Notice Re: Noncompliance With Court Order**
14-00425 LHK                           -2-

PROOF OF SERVICE

Case Name: Chang v. Biosuccess Biotech, Co. Ltd.

Case Number: 14-00425 LHK

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On May 21, 2014, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Jack Russo
> Entrepreneur Law Group LLP
> 401 Florence Street
> Palo Alto, CA 94301
> jrusso@computerlaw.com
>
> Christopher Joseph Sargent
> Entrepreneur Law Group LLP
> 401 Florence Street
> Palo Alto, CA 94301
> csargent@computerlaw.com
>
> Enoch H Liang
> Lee Tran & Liang APLC
> 702 Mrshall Street
> Suite 411
> Redwood City, CA 94062
> enoch.liang@ltlattorneys.com
>
> Heather Fai Auyang
> Lee Tran & Liang APLC
> 601 S. Figueroa Street
> Suite 3900

Los Angeles, CA 90017
heather.auyang@ltlw.com

Lisa Jennifer Chin
Lee Tran & Liang LLP
601 Gateway Blvd
Suite 1010
South San Francisco, CA 94080
lisa.chin@ltlattorneys.com

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on May 21, 2014 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:   Timothy J. Smagacz

*Timothy Smagacz*
_____
ADR Program Administrator
415-522-4205
Tim_Smagacz@cand.uscourts.gov