Jack Russo (Cal. Bar No. 96068)
Christopher Sargent (Cal. Bar No. 246285)
ENTREPRENEURLAW GROUP LLP
401 Florence Street
Palo Alto, CA 94301
(650) 327-9800
(650) 618-1863 fax
jrusso@computerlaw.com
csargent@computerlaw.com

Attorneys for Plaintiff
BEN CHANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Ben Chang,** an individual,<br><br>    Plaintiff,<br><br>v.<br><br>**Biosuccess Biotech, Co., Ltd.,** a Cayman Islands corporation, and **Biosuccess Biotech, Co., Ltd.,** a Nevada corporation; **Chi-Ming Wu a/k/a Fred Wu**, an individual; and **Zheng Tao Han**, an individual;<br><br>    Defendants.<br><br>**Biosuccess Biotech, Co., Ltd.**, a Cayman Islands Corporation, and **Biosuccess Biotech, Co., Ltd.**, a Nevada Corporation,<br><br>    Counterclaimants,<br><br>v.<br><br>**Ben Chang**, an individual,<br><br>    Counterclaim Defendant. | Case No. 5:14-cv-00425-LHK<br><br>**DECLARATION OF CHRISTOPHER SARGENT IN SUPPORT OF OPPOSITION TO MOTION TO TRANSFER**<br><br>Hearing Date: June 5, 2014<br>Time:         1:30 p.m.<br>Judge:        Hon. Lucy H. Koh<br>Courtroom:  8, 4th Floor |

I, Christopher Sargent, declare under penalty of perjury as follows:

1. I am an attorney licensed to practice in the State of California and am an associate at the law firm Entrepreneur Law Group LLP, counsel for Plaintiff Ben Chang. I make the statements here of my personal knowledge, except where stated on information and belief, which statements I believe to be true.

2. A short internet search on Yellow Pages gave 3333 Bowers Ave, Santa Clara, CA 95054 as the first listed result. Other (very simple) web searches using the Google search engine populated results advertising the Bowers Avenue location and a location in Beverly Hills as the Biosuccess addresses, both of which are, of course, in California. A LinkedIn Search for Fred Wu also states that he is located in the United States, and that other members of the board are likewise not located in Taiwan. The result of this cursory internet research is attached as **Exhibit 1.**

3. I was also able to locate several applications Biosuccess filed with the United States Patent and Trademark Office, listing Santa Clara, California as Biosuccess' address. These filings are from 2013. Attached as **Exhibit 2** are screen captures of the USPTO Public PAIR information regarding those applications.

I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct, and that this declaration was entered into on this 21st day of May, 2014 in Palo Alto, California.

/s/ Christopher Sargent
Christopher Sargent