2/6/2014   Biosuccess Biotech in Palo Alto (94301) with Reviews & Ratings - YP.com

Find People-YP for Business
Browse
Find People
Restaurants
Automotive
Home Improvement
Health & Wellness
Legal
Advertise with us
What do you want to find? biosuccess biotech
Search by business name, or keyword
biosuccess biotech near Palo Alto, CA, 94301
biosuccess biotech near eugene or
process servers near eugene or
ximpleware near Milpitas, CA
ximpleware, Inc. near Milpitas
near
Where? 94301
Address, ZIP Code, or Neighborhood
My current location
Palo Alto, CA, 94301
Eugene, OR
Milpitas, CA
Search
Welcome
My Book
Profile
Reviews
Photos
Sign Out
Sign In-Join
We just redesigned yp.com! Do you like it?
× LikeNot a Fan
× Thank You!
Tell us more... »

Home > Palo Alto, CA > Biosuccess Biotech
**Palo Alto (94301) Biosuccess biotech**

Filters                                                        Sort: Most Relevant

Sponsored Links

**Biotech Manufacturing - AmgenBiotech.com**
www.amgenbiotech.com/ Explore the Biotech Manufacturing Process. Take a Virtual Tour Now.

**Palo Alto Networks - PaloAltoNetworks.com**
www.paloaltonetworks.com/ Official Site- See a Demo of Palo Alto Networks' Next-Gen Firewall!

**Biotech Worth Watching**
www.oncogenex.com/ Fighting against cancer treatment resistance. Sign up for OGXI news!


1. Biosuccess Biotech
3333 Bowers Ave, Santa Clara, CA 95054    Biological Products
(408) 588-0663                              Website   Directions   More Info
                                                                        Inaccurate Result?





If we're missing a business and you'd like to make a suggestion, please do! Add a business

BUSINESSES IN RELATED CATEGORIES TO BIOLOGICAL PRODUCTS


2. Nadav Ben-Efraim
651 Tennyson Ave, Palo Alto, CA 94301    Biological Products, Biological Labs
(650) 324-2411                            Directions   More Info


3. Pharmacontrol
345 Hamilton Ave, Palo Alto, CA 94301    Biological Products, Biological Labs
(650) 322-2218                            Website   Directions   More Info

# FindTheCompany





FINDTHECOMPANY » H1B VISAS » DETAIL

# Biosuccess Biotech Co Ltd in Santa Clara, CA 95054 H-1B Visa Stats

## 2013 Labor Condition Applications Profile

 Add to List    Write a Review

**Be the first to review**



click stars to begin review

Navigate To...

## ∧ Biosuccess Biotech Co Ltd Foreign Employment Overview



**COMPANY INFORMATION**

| | |
|---|---|
| **Company Name** | Biosuccess Biotech Co Ltd |
| **Company Address** | 3333 Bowers Avenue, Suite 201<br>Santa Clara, California 95054 |

**BIOSUCCESS BIOTECH CO LTD H-1B LCA CERTIFICATION SUMMARY**

If you are a foreign professional looking for employment in the United States, Biosuccess Biotech Co Ltd may be a good place to start your job search. Located in Santa Clara, California, Biosuccess Biotech Co Ltd submitted 6 H-1B Labor Condition Applications (LCA's) for the US Department of Labor to process in 2013, **drastically more** than other US companies.

It is important to keep in mind that the number of LCA's processed is not synonymous with the number of foreign professionals able to obtain an H-1B Visa. Once an application is processed, it must be certified by the US Department of Labor. Out of the 6 applications submitted by Biosuccess Biotech Co Ltd, the

2/6/2014 — Biosuccess Biotech Co. Salaries, Average Salary & Jobs Pay

Our Sites: SalaryList · ResumeList · InterviewList · JobsOpenHiring · JobsAndCareer — Register & Know how much $ you can earn | Sign In

**SalaryList** — Jobs Salary

Company name, Job title or Keyword — e.g. Google, Citi, teacher, designer
Location — e.g. New York, NY, 10005
[Search Salary]

HOME | SALARY BY COMPANY | SALARY BY JOBS | SALARY BY STATES | PAY SCALE | SALARY CALCULATOR | SALARY MAP

Annual pay, e.g. 85000  [CALCULATE]

Tweet

Home › Biosuccess Biotech Co. Salary

## Biosuccess Biotech Co. Salary

Biosuccess Biotech Co. average salary is $125,000, median salary is $125,000 with a salary range from $125,000 to $125,000.

Biosuccess Biotech Co. salaries are collected from government agencies and companies. Each salary is associated with a real job position. Biosuccess Biotech Co. salary statistics is not exclusive and is for reference only. They are presented "as is" and updated regularly.

**Written a Book?** Claim Your FREE *Writer's Guide to Publishing* and learn how to publish your book now.

Salary Advice & Tips

### Real Jobs Salary - SalaryList

1. 8.5 million company & government reported salaries with date & location
2. Salary calculator rank & calculate your salary
3. 151 million W-2s pay scale statistics in U.S.

| | Average | Median | High | |
|---|---|---|---|---|
| | 125,000 | 125,000 | 125,000 | [Biosuccess Biotech Co. Jobs] |
| | | **125,000** | | |

Total 1 Biosuccess Biotech Co. Salaries. Sorted by Date, page 1 — Ranked By: [Date ▼]

| Job Title | Salaries | City | Year | More Info |
|---|---|---|---|---|
| Director Of Clinical Research | 125,000-125,000 | Beverly Hills, CA, 90209 | 2008 | Biosuccess Biotech Co. Director Of Clinical Research Salaries (1); Biosuccess Biotech Co. Beverly Hills, CA Salaries |



### Biosuccess Biotech Co. Jobs — See more Biosuccess Jobs »

* Today's New Jobs Immediate job opening
* Biosuccess Biotech Co. Job Openings All Biosuccess Biotech Co. job openings in past 7 days

### Biosuccess Biotech Co. Salary News & Advice — See more Salary Advice »

* How to Land a New Job
* 7 Tried-and-True Steps for Negotiating a Job Offer

### Work at Home - No Fee
weeklymarks.com
$37-$47/hr Real Work at home Job
Requirements: Must Have Computer.



### Calculate Moving Costs
### 2014 Phlebotomy Schools
### Want To Publish A Book?

**Biosuccess Biotech Co. Information**
* Find more company information at lead411

**Related Biosuccess Biotech Co. Information**
* Biosuccess Biotech Co. jobs
* Biosuccess Biotech Co. career advice
* Biosuccess Biotech Co. interview
* Biosuccess Biotech Co. resume

### Free Payroll
www.quickbooksonline.com

 Accounting Has Never Been So Easy. Manage Your Payroll & More Online!



### Join the forex induxtry
### Annual Salary Surveys

**‖ Calculate how much you could earn**
It's FREE. Based on your input and our analysis. How we do it?
**All fields are required for calculation accuracy.**

Employer
Job Title
City
Experience — Years of experience
Email — Your email address

We will send you an email to access your personalized report.

[Send Me Now]

 We won't share your email address

### Related Biosuccess Biotech Co. Salary
* Concrete Media Salary
* Concrete Protection And Restoration Salary
* Concrete Safety Systems Salary
* Concrete Stone & Tile Salary
* Concrete Systems Salary
* Concurrent Pharmaceuticals Salary
* Conde Nast Americas Salary
* Conde Nast Publications Salary
* Conditioned Aire Mechanical & Engineering Salary

### Biosuccess Biotech Co. Jobs
See more Biosuccess Biotech Co. Jobs »
**Search All Jobs**
Job Title, Keyword or C   City, State or Zip Code
JobsOpenHiring — Find open jobs faster  [Search]

2/6/2014                                                                         Profile | LinkedIn

     

Lawyer Wanted - Are you a lawyer ready to take on new cases? If so, click here. | Read More »

# LinkedIn Member
Chairman at Biosuccess Biotech Co., Ltd.
United States | Pharmaceuticals

Experience    Upgrade to see this member's experience
Education     Upgrade to see this member's education

**Send InMail** ▼                                                        **1**
                                                                    connection

### People Similar to
   

**Neil Riordan**
Chairman at Medistem
**Connect**

**Profile summaries for members outside your network are available only to premium account holders.**    **Upgrade your account »**

### Ads You May Be Interested In

 **Change the World**
A career in international relations helps communities globally. Learn more.

 **Lawyer Referral Service**
California State Bar Certified - Pre-Screen Lawyer Referrals

 **Paralegals: Need Your BA?**
Accelerate Your Career in Law With an Online Legal Studies Bachelor's!

### People Also Viewed

 **Ben Chang**
President N.A. at Biosuccess Biotech Co. Ltd.

**Lily Yang**
Project Manager at Bracket

 **Frederick aka Frank Davies**
Advisor to President/Legal at Thai Star Group of Companies

**Jerry Stubenhofer**
Sr. VP; Chief Legal Officer at GNC

 **Gavin O'Connor**
General Counsel -- Corporate Affairs and International at General Nutrition Centers, Inc.

 **Annette Yen**
Certified Healthy Foot Practioner at HealthyFootCoach.com

**Janelle Garay**
Clinical Contracts Coordinator at Endo Pharmaceuticals

 **Debbi Humble**
Clinical Trial Manager at Dendreon Corp

**POUSSET Florence**
Independent Pharmaceuticals Professional

**Karen Thibaudeau**
Senior Director, R&D at ConjuChem LLC

2/6/2014                                            Fred Wu | LinkedIn

 Search for people, jobs, companies, and more...      

Enhance Your Legal Career - Specialize in E-Discovery, a Growing, $2B Industry. 300% Growth. Get Info. | Read More »

# Fred Wu
Chairman at Biosuccess Biotech Co., Ltd.
United States | Pharmaceuticals

                                              **1**
                                                           connection

www.linkedin.com/pub/fred-wu/24/b62/953

**Background**

  Experience

**Chairman**
Biosuccess Biotech Co., Ltd.

---

**People Similar to Fred**



**Neil Riordan**
Chairman at Medistem
**Connect**

**Ads You May Be Interested In**


**USC Public Administration**
Earn Your Masters in Public
Administration Online at USC.
Download Brochure

**Top-Ranked MBA in SFO**
Rated Top 1% by the Financial
Times. Download your MBA
eBrochure here!

**Injury Law Leads (Local)**
Looking for New Clients? We'll
Connect You to Prospects. Get
10 Free Leads!

**People Also Viewed**


**Ben Chang**
President N.A. at Biosuccess Biotech
Co. Ltd.


**Lily Yang**
Project Manager at Bracket


**Frederick aka Frank Davies**
Advisor to President/Legal at Thai Star
Group of Companies

**Jerry Stubenhofer**
Sr. VP; Chief Legal Officer at GNC


**Gavin O'Connor**
General Counsel -- Corporate Affairs
and International at General Nutrition
Centers, Inc.

**Annette Yen**
Certified Healthy Foot Practioner at
HealthyFootCoach.com


**Janelle Garay**
Clinical Contracts Coordinator at
Endo Pharmaceuticals

**Debbi Humble**
Clinical Trial Manager at Dendreon
Corp


**POUSSET Florence**
Independent Pharmaceuticals
Professional

**Karen Thibaudeau**
Senior Director, R&D at ConjuChem
LLC