2/6/2014                                      Public Pair - Public Pair

# uspto.gov

**Patent Application Information Retrieval**

The United States Patent and Trademark Office
an agency of the Department of Commerce

| Home | Patents | Trademarks | Other |
|---|---|---|---|

Patent eBusiness

- Electronic Filing
- Patent Application Information (PAIR)
- Patent Ownership
- Fees
- Supplemental Resources & Support

Patent Information

Patent Guidance and General Info
- Codes, Rules & Manuals
- Employee & Office Directories
- Resources & Public Notices

Patent Searches

Patent Official Gazette
- Search Patents & Applications
- Search Biological Sequences
- Copies, Products & Services

Other

Copyrights
Trademarks
Policy & Law
Reports

Patent Application Information Retrieval

**Order Certified Application As Filed**   **Order Certified File Wrapper**   **View Order List**

13/745,745 — Compositions And Methods Of Use Of Phorbol Esters In The Treatment Of Neoplasms — A206964

| Select New Case | Application Data | Transaction History | Image File Wrapper | Continuity Data | Address & Attorney/Agent |
|---|---|---|---|---|---|

## Bibliographic Data

| | | | |
|---|---|---|---|
| Application Number: | 13/745,745 | Customer Number: | - |
| Filing or 371 (c) Date: | 01-18-2013 | Status: | Application Dispatched from Preexam, Not Yet Docketed |
| Application Type: | Utility | Status Date: | 01-09-2014 |
| Examiner Name: | - | Location: | ELECTRONIC |
| Group Art Unit: | 1629 | Location Date: | - |
| Confirmation Number: | 6305 | Earliest Publication No: | - |
| Attorney Docket Number: | A206964 | Earliest Publication Date: | - |
| Class / Subclass: | 424/649 | Patent Number: | - |
| First Named Inventor: | Zheng Tao Han , Zhengzhou, (CN) all Inventors | Issue Date of Patent: | - |
| First Named Applicant: | BIOSUCCESS BIOTECH CO., LTD. , Santa Clara, CA all Applicants | AIA (First Inventor to File): | No |
| Entity Status: | Small | | |
| Title of Invention: | Compositions And Methods Of Use Of Phorbol Esters In The Treatment Of Neoplasms | | |

*If you need help:*

- *Call the Patent Electronic Business Center at (866) 217-9197 (toll free) or e-mail EBC@uspto.gov for specific questions about Patent Application Information Retrieval (PAIR).*
- *Send general questions about USPTO programs to the USPTO Contact Center (UCC) .*
- *If you experience technical difficulties or problems with this application, please report them via e-mail to Electronic Business Support or call 1 800-786-9199.*

2/6/2014                                    Public Pair - Public Pair

# uspto.GOV

## Patent Application Information Retrieval

The United States Patent and Trademark Office
an agency of the Department of Commerce

| Home | Patents | Trademarks | Other |

Patent eBusiness

- Electronic Filing
- Patent Application Information (PAIR)
- Patent Ownership
- Fees
- Supplemental Resources & Support

Patent Information

Patent Guidance and General Info
- Codes, Rules & Manuals
- Employee & Office Directories
- Resources & Public Notices

Patent Searches

Patent Official Gazette
- Search Patents & Applications
- Search Biological Sequences
- Copies, Products & Services

Other

Copyrights
Trademarks
Policy & Law
Reports

Patent Application Information Retrieval

Order Certified Application As Filed   Order Certified File Wrapper   View Order List

14/027,320        COMPOSITIONS AND METHODS OF USE OF PHORBOL ESTERS A207230

| Select New Case | Application Data | Transaction History | Image File Wrapper | Continuity Data | Published Documents | Address & Attorney/Agent |

### Bibliographic Data

| | | | |
|---|---|---|---|
| Application Number: | 14/027,320 | Customer Number: | - |
| Filing or 371 (c) Date: | 09-16-2013 | Status: | Docketed New Case - Ready for Examination |
| Application Type: | Utility | Status Date: | 01-02-2014 |
| Examiner Name: | RAO, SAVITHA M | Location: | ELECTRONIC |
| Group Art Unit: | 1621 | Location Date: | - |
| Confirmation Number: | 8851 | Earliest Publication No: | US 2014-0017196 A1 |
| Attorney Docket Number: | A207230 | Earliest Publication Date: | 01-16-2014 |
| Class / Subclass: | 514/183 | Patent Number: | - |
| First Named Inventor: | Zheng Tao HAN , Zhengzhou, (CN) all Inventors | Issue Date of Patent: | - |
| First Named Applicant: | BIOSUCCESS BIOTECH CO., LTD. , Santa Clara, CA all Applicants | AIA (First Inventor to File): | No |
| Entity Status: | Undiscounted | | |
| Title of Invention: | COMPOSITIONS AND METHODS OF USE OF PHORBOL ESTERS | | |

If you need help:

- Call the Patent Electronic Business Center at (866) 217-9197 (toll free) or e-mail EBC@uspto.gov for specific questions about Patent Application Information Retrieval (PAIR).
- Send general questions about USPTO programs to the USPTO Contact Center (UCC) .
- If you experience technical difficulties or problems with this application, please report them via e-mail to Electronic Business Support or call 1 800-786-9199.



Accessibility
Privacy Policy
Terms of Use
Security
Emergencies/Security Alerts
Information Quality Guidelines

Federal Activities Inventory Reform (FAIR) Act
Notification and Federal Employee Antidiscrimination and Retaliation (NoFEAR) Act
Budget & Performance
Freedom of Information Act (FOIA)

Department of Commerce NoFEAR Act Report
Regulations.gov
STOP!Fakes.gov
Department of Commerce
USA.gov

Strategy Targeting Organized Piracy (STOP!)
Careers
Site Index
Contact Us
USPTO Webmaster

2/6/2014                                Public Pair - Public Pair

# uspto.gov
## Patent Application Information Retrieval

The United States Patent and Trademark Office
an agency of the Department of Commerce

| Home | Patents | Trademarks | Other |

Patent eBusiness                                               − ☐

- ⊞ Electronic Filing
- ⊞ Patent Application Information (PAIR)
- ⊞ Patent Ownership
- ⊞ Fees
- ⊞ Supplemental Resources & Support

Patent Information

**Patent Guidance and General Info**
- ⊞ Codes, Rules & Manuals
- ⊞ Employee & Office Directories
- ⊞ Resources & Public Notices

Patent Searches

**Patent Official Gazette**
- ⊞ Search Patents & Applications
- ⊞ Search Biological Sequences
- ⊞ Copies, Products & Services

Other

Copyrights
Trademarks
Policy & Law
Reports

---

Patent Application Information Retrieval                                     − ☐

❷ Order Certified Application As Filed   Order Certified File Wrapper   📑 View Order List

13/794,467        Compositions And Methods Of Use Of Phorbol Esters        A207062    📭

| Select New Case | Application Data | Transaction History | Image File Wrapper | Continuity Data | Published Documents | Address & Attorney/Agent |

## Bibliographic Data

| | | |
|---|---|---|
| Application Number: | 13/794,467 | Customer Number: − |
| Filing or 371 (c) Date: | 03-11-2013 | Status: Docketed New Case - Ready for Examination |
| Application Type: | Utility | Status Date: 01-02-2014 |
| Examiner Name: | RAO, SAVITHA M | Location: ❶ ELECTRONIC |
| Group Art Unit: | 1621 | Location Date: − |
| Confirmation Number: | 5632 | Earliest Publication No: US 2014-0017194 A1 |
| Attorney Docket Number: | A207062 | Earliest Publication Date: 01-16-2014 |
| Class / Subclass: | 514/388 | Patent Number: − |
| First Named Inventor: | Zheng Tao Han , Zhengzhou, (CN) all inventors | Issue Date of Patent: − |
| First Named Applicant: | BIOSUCCESS BIOTECH CO. LTD. , Santa Clara, CA (US) all Applicants | AIA (First Inventor to File): No |
| Entity Status: | Small | |
| Title of Invention: | | Compositions And Methods Of Use Of Phorbol Esters |

*If you need help:*
- *Call the Patent Electronic Business Center at (866) 217-9197 (toll free) or e-mail EBC@uspto.gov for specific questions about Patent Application Information Retrieval (PAIR).*
- *Send general questions about USPTO programs to the USPTO Contact Center (UCC) .*
- *If you experience technical difficulties or problems with this application, please report them via e-mail to Electronic Business Support or call 1 800-786-9199.*

---



Accessibility
Privacy Policy
Terms of Use
Security
Emergencies/Security Alerts
Information Quality Guidelines

Federal Activities Inventory Reform (FAIR) Act
Notification and Federal Employee Antidiscrimination and Retaliation (NoFEAR) Act
Budget & Performance
Freedom of Information Act (FOIA)

Department of Commerce NoFEAR Act Report
Regulations.gov
STOPFakes.gov
Department of Commerce
USA.gov

Strategy Targeting Organized Piracy (STOP!)
Careers
Site Index
Contact Us
USPTO Webmaster