Jack Russo (Cal. Bar No. 96068)
Christopher Sargent (Cal. Bar No. 246285)
ENTREPRENEURLAW GROUP LLP
401 Florence Street
Palo Alto, CA 94301
(650) 327-9800
(650) 618-1863 fax
jrusso@computerlaw.com
csargent@computerlaw.com

Attorneys for Plaintiff
BEN CHANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Ben Chang,** an individual, | Case No. 5:14-cv-00425-LHK |
| Plaintiff, | |
| v. | **PLAINTIFF BEN CHANG'S REQUEST FOR JUDICIAL NOTICE** |
| **Biosuccess Biotech, Co., Ltd.,** a Cayman Islands corporation, and **Biosuccess Biotech, Co., Ltd.,** a Nevada corporation; **Chi-Ming Wu a/k/a Fred Wu**, an individual; and **Zheng Tao Han**, an individual; | Hearing Date: June 5, 2014<br>Time: 1:30 p.m.<br>Judge: Hon. Lucy H. Koh<br>Courtroom: 8, 4th Floor |
| Defendants. | |
| **Biosuccess Biotech, Co., Ltd.**, a Cayman Islands Corporation, and **Biosuccess Biotech, Co., Ltd.**, a Nevada Corporation, | |
| Counterclaimants, | |
| v. | |
| **Ben Chang**, an individual, | |
| Counterclaim Defendant. | |

Pursuant to the Federal Rules of Evidence, Rule 201, Plaintiff Ben Chang respectfully requests that the Court take judicial notice of four attached documents:

1. **Exhibit 1**: Defendant Biosuccess Biotech, Co., Ltd.'s Answer to Plaintiff's Complaint, Affirmative Defenses and Counterclaims (Dkt. 26, filed July 8, 2013)
2. **Exhibit 2**: Order setting the trial date in (Dkt. 101, filed January 28, 2014)
3. **Exhibit 3**: Defendant Biosuccess Biotech, Co., Ltd.'s First Amended Answer to Plaintiff's Complaint, Affirmative Defenses and Counterclaims, filed on July 31, 2013 (Dkt. 30, filed July 31, 2013)
4. **Exhibit 4**: Biosuccess' Answer to Plaintiff's Conditional Counterclaims and Affirmative Defenses filed on October 15, 2013 (Dkt. 37)

All four documents are filings in *Richard L. Chang v. Biosuccess Biotech, Co., Ltd., et al.,* Case No. 2:13-cv-01340-JAK (ANx), a case before District Judge John A. Kronstadt in the United States District Court for the Central District of California.

Respectfully submitted,

Dated: May 21, 2014                COMPUTERLAW GROUP LLP

By: ___/s/ Christopher Sargent___
    Jack Russo
    Christopher Sargent

Attorneys for
Plaintiff Ben Chang