Jack Russo (Cal. Bar No. 96068)
Christopher Sargent (Cal. Bar No. 246285)
COMPUTERLAW GROUP LLP
401 Florence Street
Palo Alto, CA 94301
(650) 327-9800
(650) 618-1863 fax
jrusso@computerlaw.com
csargent@computerlaw.com

Attorneys for Plaintiff
BEN CHANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Ben Chang,** an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>**Biosuccess Biotech, Co., Ltd.,** a Cayman Islands corporation, and **Biosuccess Biotech, Co., Ltd.,** a Nevada corporation; **Chi-Ming Wu a/k/a Fred Wu**, an individual; and **Zheng Tao Han**, an individual;<br><br>　　　　　Defendants. | Case No. 5:14-cv-00425-LHK<br><br>**[PROPOSED] ORDER DENYING MOTION TO TRANSFER**<br><br>Hearing Date: June 5, 2014<br>Time:　　　　1:30 p.m.<br>Judge:　　　 Hon. Lucy H. Koh<br>Courtroom:　 8, 4th Floor |

# ORDER

Defendant Biosuccess Biotech, Co., Ltd.'s Motion to Transfer (Dkt. 24) is **DENIED**.

Dated: _____, 2014          By: _____

                                        Hon. Lucy M. Koh